UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>   v.<br><br>DAVID MIDDENDORF, et al.,<br><br>                  Defendants. | Case No. 18 Cr. 36 (JPO) |

**DEFENDANTS DAVID MIDDENDORF, THOMAS WHITTLE, AND
DAVID BRITT'S NOTICE OF MOTION TO DISMISS THE INDICTMENT**

PLEASE TAKE NOTICE that, upon the accompanying Joint Memorandum of Law and two Supplemental Memoranda of Law, the undersigned will move this Court before the Honorable J. Paul Oetken, United States District Judge, in Courtroom 706 of the United States District Court, 40 Foley Square, New York, New York 10007, on May 31, 2018, at 3:00 PM, for an order dismissing the Indictment under Federal Rules of Criminal Procedure 12(b)(1) and (b)(3)(B)(v).  Pursuant to this Court's order, answering papers by the Government, if any, shall be filed on or before May 11, 2018, and reply papers by Defendants, if any, shall be filed on or before May 25, 2018.

<table>
<tr><td>

Dated:   April 13, 2018
         New York, New York

/s/* Nelson A. Boxer
Nelson A. Boxer
Amy Lester
Alexandra R. Clark
  PETRILLO KLEIN &
BOXER LLP
655 Third Avenue
22nd Floor
New York, NY  10017
Tel: (212) 370-0330
nboxer@pkbllp.com

Gregory S. Bruch
Khiran Sidhu (*pro hac vice*)
  BRUCH HANNA LLP
1099 New York Avenue NW
Suite 500
Washington, DC  20001
Tel: (202) 969-1630

*Attorneys for Defendant David Middendorf*

</td><td>

Respectfully submitted,


/s/ Robert M. Stern
Melinda Haag (*pro hac vice*)
Robert M. Stern
Matthew R. Shahabian
Alyssa Barnard
  ORRICK, HERRINGTON &
SUTCLIFFE LLP
51 West 52nd Street
New York, NY  10019
Tel: (212) 506-5000
mhaag@orrick.com

*Attorneys for Defendant David Britt*

/s/* Bradley J. Bondi
Bradley J. Bondi
Nola B. Heller
Sean P. Tonolli (*pro hac vice*)
  CAHILL GORDON & REINDEL LLP
80 Pine Street
New York, NY  10005
Tel: (212) 701-3000
bbondi@cahill.com

*Attorneys for Defendant Thomas Whittle*

*Signed with the consent of counsel

</td></tr>
</table>