

May 22, 2018

**VIA EMAIL**

The Hon. J. Paul Oetken
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Orrick, Herrington & Sutcliffe LLP
51 West 52nd St
New York, NY 10019-6142

+1 212 506 5000

orrick.com

**Robert Stern**

E  rstern@orrick.com
D  +1 202 339 8542

**Melinda Haag**

E  mhaag@orrick.com
D  +1 415 773 5495

Re:     <u>United States v. David Britt, 18-cr-36 (JPO)</u>

Dear Judge Oetken:

    We represent David Britt in the above-captioned matter. We write to request two modifications to the terms of Mr. Britt's pretrial release. We have contacted the Government and Pretrial Services and neither objects to these modifications.

    First, the son of a close family friend of Mr. Britt will be married over Memorial Day weekend in in San Luis Obispo, California. With the Court's permission, Mr. Britt would like to fly to San Luis Obispo with a layover in Phoenix, Arizona and to fly back out of Los Angeles. We respectfully request that the Court modify the terms of Mr. Britt's pretrial release to allow him to travel to the District of Arizona and the Central and Southern Districts of California, as well as any other district through which Mr. Britt's flights may be rerouted or rebooked due to inclement weather or other unanticipated airline issues, between May 26, 2018 and May 29, 2018 in order to attend the wedding. Neither the Government nor Pretrial Services objects to this request.

    Second, Mr. Britt is currently authorized to travel to North Carolina, where one of his daughters is attending college. Mr. Britt's son and other daughter, currently seniors in high school, have been accepted to and plan to attend colleges in California and Massachusetts in the fall. In light of this development, we respectfully request that the Court modify the terms of Mr. Britt's pretrial release to permit travel to the District of Massachusetts as well the Northern, Central, and Southern Districts of California in order to attend pre- and post-enrollment college functions, visit his children, and move them in. Neither the Government nor Pretrial Services objects to this request.

Sincerely,

/s/

Melinda Haag
(admitted *pro hac vice*)

/s/

Robert Stern

**Granted.**
**Defendant is to notify pretrial services of the specific travel dates and locations as to the pre and post college enrollment functions as soon as possible.**
**So Ordered:  5/23/18**

_____
J. PAUL OETKEN
United States District Judge

cc:
Amanda Kramer (via email)
Rebecca Mermelstein (via email)
Jessica Greenwood (via email)
Lisa Vansambeck, Pretrial Services (via email)