AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| United States of America | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 18-cr-36 (JPO) |
| David Britt, et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant David Britt                                                                                       .

Date:  07/03/2018                                         /s Rita M. Glavin
                                                                      *Attorney's signature*

                                                         Rita M. Glavin, Bar No. RG6605
                                                         *Printed name and bar number*

                                                         Seward & Kissel LLP
                                                         One Battery Park Plaza
                                                         New York, NY 10004
                                                         *Address*

                                                         glavin@sewkis.com
                                                         *E-mail address*

                                                         (212) 574-1200
                                                         *Telephone number*

                                                         (212) 480-8421
                                                         *FAX number*