

February 1, 2019

**VIA ECF**

The Hon. J. Paul Oetken
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Orrick, Herrington & Sutcliffe LLP
51 West 52nd Street
New York, NY 10019

+1 212 506 5000

orrick.com

**Robert Stern**
E rstern@orrick.com
D +1 202 339 8542

**Melinda Haag**
E mhaag@orrick.com
D +1 415 773 5495

Re: <u>United States v. Middendorf et al., 18-cr-36 (JPO)</u>

Dear Judge Oetken:

     We write on behalf of Defendant David Britt to inform the Court that Mr. Britt plans to waive his appearance at the Final Pretrial Conference scheduled in the above-captioned matter for today, February 1, 2019 at 2:30 p.m.

Sincerely,

/s/ Robert M. Stern
Robert M. Stern
Melinda Haag
(admitted *pro hac vice*)
  ORRICK, HERRINGTON
& SUTCLIFFE LLP

-and-

Rita M. Glavin
  SEWARD & KISSEL LLP

*Attorneys for David Britt*

cc: Counsel of Record (via ECF)