UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.

DAVID MIDDENDORF, et al.,

               Defendants.

Case No. 18 Cr. 36 (JPO)

### ORDER GRANTING WITHDRAWAL AS COUNSEL

WHEREAS Alyssa Barnard-Yanni seeks to withdraw as counsel of record for Defendant David Britt as Ms. Barnard-Yanni is ending her employment with the law firm of Orrick, Herrington & Sutcliffe LLP; and

WHEREAS Mr. Britt will continue to be represented by Melinda L. Haag, Robert M. Stern, Matthew R. Shahabian, and Rita M. Glavin in this action and thus the withdrawal of Ms. Barnard-Yanni will not result in any prejudice or delay;

IT IS HEREBY ORDERED that Alyssa Barnard-Yanni is hereby withdrawn as counsel of record for Mr. Britt and shall be removed from all future notices in this action.

Dated:  June 26, 2019         By: _____
                                                              J. PAUL OETKEN
                                                              United States District Judge