

May 27, 2021

**VIA ECF**

The Hon. J. Paul Oetken
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Orrick, Herrington & Sutcliffe LLP
Columbia Center
1152 15th Street, N.W.
Washington, DC 20005-1706

+1 202 339 8400

**orrick.com**

**Robert Stern**

E  rstern@orrick.com
D  +1 202 339 8542
F  +1 202 339 8500

Re:  <u>United States v. Middendorf et al., 18-cr-36 (JPO)</u>

Dear Judge Oetken:

We represent defendant David Britt in the above-captioned case. We write to request that the Court order United States Pretrial Services Office to release Mr. Britt's passport to undersigned counsel on June 7, 2021. On October 19, 2020, Mr. Britt was sentenced to six months home confinement. Mr. Britt will complete his term of home confinement on June 6, 2021and has reached an agreement with United States Immigration and Customs Enforcement to voluntarily depart the country on June 18, 2021, in accordance with the Order of Removal dated October 9, 2020. Mr. Britt needs his passport to effectuate this departure and counsel will make sure that Mr. Britt gets his passport after the completion of his home confinement to accomplish that.

A so-ordered block follows this letter. Thank you for your consideration of this matter.

Sincerely,

Robert Stern



May 27, 2021
Page 2

BY THE COURT:

The Defendant's request for the return of his passport is GRANTED. The United States Pretrial Services Office is hereby ORDERED to release Mr. Britt's passport.

DATED:    New York, New York
               May 28, 2021

J. PAUL OETKEN
United States District Judge